## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al*.,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |
| MARINER HEALTH CENTRAL, INC.,<br>PARKVIEW HOLDING COMPANY GP, LLC,<br>AND PARKVIEW OPERATING COMPANY, LP, | Adv. Proc. No. 22-50418 (LSS) |
| Plaintiffs. | |
| v. | |
| FILIMON ARZETA, JESSE GARRETT, JANET HORROBIN, JAMES MARTIN, TERESA MEADORS, CHRISTINE VASSIS, ALMA BUNCH, KYU CHUNG, SUSAN MYUNG WON, SOON CHOI HYO, YOUNG JUNG HYO, BRIAN BYUNG HWA CHUNG, MARIA CONTRERAS, SCOTT COOK, ALYSSA DOE, JEFF DOE, ANA MARIA FLORES, PAULA GREENE, DANA GREENE-COWARD, CARLENE HUFFMAN, KATHY HUNTER, TRACY JACKSON, AVIS DEWALT, DAVONTE BARFIELD, MARGO L., MELVIN LOFTON, AZHYA JONES, YVONNE LOFTON, SYLVIA LOFTON, PHILIP MANGANO, IRMA SUAREZ, SOPHIA SUAREZ, CHRISTOPHER PAUL TUCKER, JASON TUCKER, CASEY TUCKER, STEPHEN TUCKER, AND TEOLA WATSON,<br>Defendants. | **Hearing Date: October 25, 2022 at 11:00 a.m. (ET)**<br>**Obj. Deadline: October 18, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION OF THE DEBTORS FOR AN ORDER EXTENDING THE AUTOMATIC STAY, OR IN THE ALTERNATIVE GRANTING INJUNCTIVE RELIEF, TO STAY PROSECUTION OF CERTAIN ACTIONS AGAINST NON-DEBTOR AFFILIATES

---

[1]    The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating

**PLEASE TAKE NOTICE** that on October 4, 2022, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Motion of the Debtors for an Order Extending the Automatic Stay, or in the Alternative Granting Injunctive Relief, to Stay Prosecution of Certain Actions Against Non-Debtor Affiliates* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A copy of the Motion is attached hereto and may also be obtained by visiting http://www.kccllc.net/marinerhealthcentral.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be filed with the Court and served on or before **October 18, 2022 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **October 25, 2022** at 11:00 a.m. (ET) before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

Dated: October 4, 2022
    Wilmington, Delaware

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
    tcairns@pszjlaw.com
    mcaloway@pszjlaw.com

- and -

Hamid R. Rafatjoo (*pro hac vice* pending)
Carollynn H.G. Callari (*pro hac vice* pending)
David S. Forsh (*pro hac vice* pending)
**RAINES FELDMAN LLP**
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019-4801
Telephone:  (917) 790-7100
Email:  hrafatjoo@raineslaw.com
    ccallari@raineslaw.com
    dforsh@raineslaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

---

Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.