# EXHIBIT 1

## **Exhibit 1**

### ( List of Covered Actions )

| Plaintiff (Last, First) | Court | Case No. | Date Filed | Case Name / Caption |
|---|---|---|---|---|
| Arzeta, Filimon, Garrett, Jesse Horrobin, Janet Martin, James Meadors, Teresa Vassis, Christine | Judicate West Private Arbitration | A276051 | 05/18/21 | *Filimon Arzeta, Jesse Garrett, Janet Horrobin, James Martin, Teresa Meadors and Christine Vassis vs. Parkview Operating Company, LP, Mariner Health Central, Grancare, LLC, Mariner Health Care, Inc., Mariner Health Care Management Company, MHC West Holding Company, and Johnson Okere* |
| Bunch, Alma | Cal. Sup. Ct., Riverside Cty | CVPS2202058 | 05/06/22 | *Alma Bunch, by and through her Successor in Interest, Brenda Sorrell v. Mariner Health Central, Inc., Monterey Palms Operating Company, LP; Monterey Palms Holding Company GP LLC, GC Holding Company 2 LLC, Mariner Health Central, Inc.; Dillon Thomas and Does 1-250, inclusive* |
| Chung, Kyu Ye Won, Susan Myung Hyo, Soon Choi Hyo, Young Jung Chung, Brian Byung Hwa | Cal. Sup. Ct., Santa Clara Cty | 22CV393351 | 01/13/22 | *Susan Myung Won, as Successor-in-Interest of Kyu Ye Chung, and as Personal Representative of the Estate of Kyu Ye Chung, Hyo Soon Choi, as Successor-in-Interest of Kyu Ye Chung; Hyo Young Jung, as Successor-in-Interest of Kyu Ye Chung, and Brian Byung Hwa Chung, as Successor-in-Interest of Kyu Ye Chung, v. Mariner Health Central, Inc., Skyline San Jose Operating Company, LP d/b/a Skyline Healthcare Center, GC Operating Company, LLC, and Does 1-50, Inclusive* |
| Contreras, Maria | Cal. Sup. Ct., Los Angeles Cty, Central Dist. | 20STCV18327 | 04/16/20 | *Maria Contreras, an individual v. Rehabilitation Center of Santa Monica Operating Company, LP, Mariner Health Care Management Company dba Santa Monica Healthcare Center, Mariner Health Central, Inc., Rehab Center of Santa Monica, an entity of unknown format, et al and Does 1 through 20, inclusive* |
| Cook, Scott | Cal. Sup. Ct., Riverside Cty | CVPS2200407 | 01/31/22 | *Scott Cook, an individual v. Mariner Health Central, Inc.; a Delaware Corporation; Palm Springs Operating Company, LP, a Delaware Limited Partnership and Does 1 through 50* |
| Doe, Alyssa Doe, Jeff | Cal. Sup. Ct., Alameda Cty | 22CV012984 | 06/16/22 | *Alyssa Doe and Jeff Doe v. San Rafael Operating Company, LP d/b/a Pine Ridge Care Center; National Senior Care, Inc; Mariner Health Care, Inc.; Mariner Health Central, Inc.; Mariner Health Care Management Company; MHC Holding Company; MHC West Holding Company, GranCare, LLC; San Rafael Operating* |

| Plaintiff (Last, First) | Court | Case No. | Date Filed | Case Name / Caption |
|---|---|---|---|---|
| | | | | *Company GP LLC; Linda Taetz, Dennis Sarcauga, Rowena Beduya, Thomas Durr; Anton Genabe and Does 1 through 50, inclusive* |
| Flores, Ana Maria | Cal. Sup. Ct., Riverside Cty | CVRI2103380 | 07/13/21 | *Ana Marie Flores, on behalf of herself and others similarly situated v. Mariner Health Central, Inc.; Palm Springs Operating Company, LP and Does 1 to 100, inclusive* |
| Flores, Ana Maria | Cal. Sup. Ct., Riverside Cty | CVPS2104890 | 09/22/21 | *Ana Maria Flores, on behalf of herself and other aggrieved employees vs. Mariner Health Central, Inc.; Palm Springs Operating Company, LP and Does 1 to 100, inclusive* |
| Greene, Paula<br>Green-Coward, Dana | Cal. Sup. Ct., Alameda Cty | RG21114388 | 09/30/21 | *Paula Greene, by and through her Successor in Interest, Dana Greene-Coward, and Dana-Greene-Coward, Individually v. Parkview Operating Company, LP dba Parkview Healthcare Center and Does 1-25 inclusive* |
| Huffman, Carlene | Cal. Sup. Ct., San Diego Cty. | 37-2022-00017967-CU-PO-NC | 05/09/22 | *Carlene Huffman, an individual v. San Marcos Operating Company, LP d/b/a Village Square Healthcare Center, A California Skilled Nursing Facility; Mariner Health Central, Inc., an unknown business entity; Bio-Pacific, LLC, an unknown business entity; Osias Lorejo, and individual; and Does 1 through 10, inclusive* |
| Jackson, Tracy<br>Dewalt, Avis<br>Barfield, Davonte | Cal. Sup. Ct., Marin Cty | CV 2200662 | 03/15/22 | *Tracy Jackson, by and through her Successor in Interest, Avis Dewalt, and Davonte Barfield, Individually vs. San Rafael Operating Company, LP dba Pine Ridge Care Center; Mariner Health Central, Inc.; and Does 1-25, inclusive* |
| L., Margo | Cal. Sup. Ct., Los Angeles Cty, Central Dist. | 20STCV42278 | 11/04/20 | *Margo L., an individual vs. Santa Monica Holding Company GP, LLC, a Delaware limited liability company d/b/a Santa Monica Health Care Center; Santa Monica Operating Company, LP a Delaware limited liability company, GC Holding Company 2, LLC; a Delaware limited liability company; Mariner Health Central, Inc.; a Delaware Corporation; National Senior Care, Inc. , a Delaware corporation; GranCare LLC, a Delaware limited liability company, Belinda Torres, an individual; Juan Victor Mendoza, an individual; and Does 1-50, inclusive* |
| Lofton, Melvin<br>Jones, Azhya<br>Lofton, Yvonne<br>Lofton, Sylvia | Cal. Sup. Ct., Contra Costa Cty. | C22-00740 | 04/02/22 | *Melvin Lofton, by and through is successor in interest Azhya Jones, and Yvonne Lofton and Sylvia Lofton v. Vale Operating Company, LP; Mariner Health Central, Inc., National Senior Care, Inc., Piltar Sidhur, and Does 1 through 65, inclusive* |

2

| Plaintiff (Last, First) | Court | Case No. | Date Filed | Case Name / Caption |
|---|---|---|---|---|
| Mangano, Philip | Cal. Sup. Ct., Santa Clara Cty. | 22CV401215 | 07/11/22 | *Philip Mangano, by and through is Successor in Interest, Amy Mangano; Amy Mangano, individually vs. Almaden Operating Company, LP dba Almaden Healthcare and Rehabilitation Center; Mariner Health Central, Inc.; National Senior Care, Inc.; Ileana Gavina, individually; and DOES 1 through 100* |
| Suarez, Irma<br>Sophia Suarez | Cal. Sup. Ct., Contra Costa Cty. | C22-00774 | 04/04/22 | *Sophia Suarez, Individually and as Heir of and Successor-in-Interest to Irma Suarez, Deceased v. Creekside Operating Company, LP d/b/a Creekside Healthcare Center, Mariner Health Central, Inc., GC Operating Company, LLC and DOES 1 through 75, inclusive* |
| Tucker, Christopher Paul<br>Tucker, Jason<br>Tucker, Casey<br>Tucker, Stephen | Cal. Sup. Ct., Alameda Cty | 21CV002084 | 11/08/21 | *Jason Tucker, ind. and Successor-in Interest of Christopher Paul Tucker, and as Personal Representative of the Estate of Christopher Paul Tucker, Casey Tucker ind. and Successor-in Interest of Christopher Paul Tucker, and Stephen Tucker ind. and Successor-in Interest of Christopher Paul Tucker vs. Mariner Health Central, Inc.; Fruitvale Operating Company, LP; Fruitvale Long Term Care, LLC, Ind. and DBA Fruitvale Healthcare Center; California Long Term Care, LLC; Fruitvale Healthcare Realty, LLC; Fruitvale Healthcare Holdings, LLC; Fruitvale Holding Company GP LLC; GranCare, LLC; GC Operating Company, LL; GC Holding Company 2, LLC nd Does 1 through 100, inclusive* |
| Watson, Teola | Cal. Sup. Ct., Alameda Cty | 21CV002493 | 11/15/21 | *Teola Watson, by and through her Guardian ad Litem, Michael Guldner v. Fruitvale Long Term Care, LLC; Son Ly; California Long Term Care, LLC; Fruitvale Operating Company, LP; Mariner Health Central, Inc. and Does 1-250* |
| Watson, Teola | Cal. Sup. Ct., Alameda Cty | 22CV005675 | 01/18/22 | *Teola Watson, by and through her Guardian ad Litem, Michael Guldner v. Fruitvale Long Term Care, LLC; Son Ly; California Long Term Care, LLC; Fruitvale Operating Company, LP; Mariner Health Central, Inc. and Does 1-250* |

3091667.1