**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al*.,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP, | Adv. Proc. No. 22-50418 (LSS) |
| Plaintiffs. | |
| v. | |
| FILIMON ARZETA, JESSE GARRETT, JANET HORROBIN, JAMES MARTIN, TERESA MEADORS, CHRISTINE VASSIS, ALMA BUNCH, KYU CHUNG, SUSAN MYUNG WON, SOON CHOI HYO, YOUNG JUNG HYO, BRIAN BYUNG HWA CHUNG, MARIA CONTRERAS, SCOTT COOK, ALYSSA DOE, JEFF DOE, ANA MARIA FLORES, PAULA GREENE, DANA GREENE-COWARD, CARLENE HUFFMAN, KATHY HUNTER, TRACY JACKSON, AVIS DEWALT, DAVONTE BARFIELD, MARGO L., MELVIN LOFTON, AZHYA JONES, YVONNE LOFTON, SYLVIA LOFTON, PHILIP MANGANO, IRMA SUAREZ, SOPHIA SUAREZ, CHRISTOPHER PAUL TUCKER, JASON TUCKER, CASEY TUCKER, STEPHEN TUCKER, AND TEOLA WATSON, | |
| Defendants. | **Docket Ref. No. _____** |

**ORDER EXTENDING THE AUTOMATIC STAY TO STAY AND ENJOIN**
**PROSECUTION OF CERTAIN ACTIONS AGAINST NON-DEBTOR AFFILIATES**

---

[1]    The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

Upon the motion of the debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") and as plaintiffs in this adversary proceeding (this "**Motion**") for the entry of an order extending the automatic stay pursuant to sections 105 and 362 of the Bankruptcy Code to stay or enjoin the continuation of the Covered Actions against the Non-Debtor Affiliates[2]; and upon the *Declaration of Kristy Owen in Support of Motion of the Debtors for an Order Extending the Automatic Stay, or in the Alternative Granting Injunctive Relief, to Stay Prosecution of Certain Actions Against Non-Debtor Affiliates* (the "**Owen Declaration**") and the *Declaration of Lawrence R. Perkins in Support of Chapter 11 Petitions and First Day Pleadings* (the "**Perkins Declaration**"), filed on the main docket for these Chapter 11 Cases; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of these proceedings and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion, the Owen Declaration, and the Perkins Declaration; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      The automatic stay shall be extended to prevent the Defendant from continuing to prosecute the Covered Actions during the pendency of the Chapter 11 Cases.

---

[2]    Capitalized terms not defined herein shall have the same meaning as provided in the Motion.

3.      Continued prosecution of the Covered Actions shall be enjoined pursuant to section 105(a) of the Bankruptcy Code during the pendency of the Chapter 11 Cases.

4.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this order are immediately effective and enforceable upon its entry.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this order in accordance with the Motion.

6.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.