# EXHIBIT F

**Edward P. Dudensing (Bar No. 182221)**
**Jay P. Renneisen (Bar No. 173531)**
**Thomas A. Reyda (Bar No. 312632)**
*Dudensing Law*
1610 R Street, Suite 220
Sacramento, CA 95811
Telephone: (916) 448-6400
Facsimile: (916) 448-6401

Attorney for Plaintiffs

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| ALYSSA DOE and JEFF DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN RAFAEL OPERATING COMPANY LP dba PINE RIDGE CARE CENTER; NATIONAL SENIOR CARE, INC.; MARINER HEALTH CARE, INC.; MARINER HEALTH CENTRAL, INC.; MARINER HEALTH CARE MANAGEMENT COMPANY; MHC HOLDING COMPANY; MHC WEST HOLDING COMPANY; GRANCARE, LLC; SAN RAFAEL OPERATING COMPANY GP LLC; LINDA TAETZ; DENNIS SARCAUGA; ROWENA BEDUYA; THOMAS DURR; ANTON GENABE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 22CV012984<br><br>**DECLARATION OF JAY P. RENNEISEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE AND STAY PROCEEDINGS PENDING TRANSFER**<br><br>Date: October 4, 2022<br>Time: 3:00 p.m.<br>Dept.: 23<br>Judge: Hon. Brad Seligman<br>Reservation ID: 245437723333<br><br><br>Action filed: June 16, 2022<br>*Trial Date: Not Set* |

---

Declaration Of Jay P. Renneisen In Support of Plaintiffs' Opposition to
Defendants Motion to Transfer Venue and Stay Proceedings Pending Transfer

Page 1

I, Jay P. Renneisen declare as follows:

1. I am an attorney an attorney at law, duly licensed to practice in the courts of the state of California. I am attorney of record for plaintiffs. Except where I have stated otherwise, I have personal knowledge of the facts stated herein and if called as a witness I could testify competently as to the matters on which I declare, except for those matters which are stated upon information and belief.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Complaint filed on June 16, 2022.

3. Defendant filed this motion to transfer venue on August 11, 2022, as shown in the Court's online register of actions.

4. Defendant filed an ex parte application to stay all discovery pending the hearing on this motion, to which plaintiffs filed an opposition, that was scheduled for hearing on August 26, 2022. At the hearing the Court did not grant the application to stay discovery.

5. Attached hereto as **Exhibit B** are true and correct copies of August 26, 2022, emails between myself and counsel for defendants regarding venue discovery.

6. Attached hereto as **Exhibit C** are true and correct copies of Plaintiffs' PMQ Deposition Notices served on August 26, 2022.

7. Attached hereto as **Exhibit D** is a true and correct copy of the August 29, 2022, Letter from defense counsel.

8. Attached hereto as **Exhibit E** is a true and correct copies of defendant's objections to Plaintiffs' Deposition Notices served September 1, 2022.

9. Attached hereto as **Exhibit F** is true and correct copies of September 15, 2022, meet and confer correspondence between counsel for plaintiffs and defendant regarding Plaintiffs' Deposition Notices. As of the signing of this declaration, defendants have not responded to my offer to agree to continue the venue hearing if defendants required more time.

10. Attached hereto as **Exhibit G** is a copy of the Proof of Service of Summons filed on August 15, 2022, with respect to Genabe.

11. Attached as **Exhibit H** is a true and correct copy of defense counsel's agreement to accept service on behalf of defendant Thomas Durr and email correspondence from my office regarding

Declaration Of Jay P. Renneisen In Support of Plaintiffs' Opposition to
Defendants Motion to Transfer Venue and Stay Proceedings Pending Transfer
Page 2

service of the Notice of Acknowledgment and Receipt on September 7, 2022.

12. Based on years of experience litigating elder abuse claims on behalf of the victims of elder abuse, I disagree with defense's claim that Mariner and its top personnel, including Ms. Beduya, are not responsible for the patient care at the facilities, as well as their claim that such care is solely the job of the Director of Nurses. I certainly have a good faith basis to assert claims against Mariner and the VP of its clinical operations liable for patient care issues.

13. As part of my investigation into defendants before filing the Complaint in this case, I reviewed the materials that Mariner puts into the public domain, including on its website, with bold assertions about the care Mariner provides to residents at its facilities, including Pine Ridge. Attached hereto as **Exhibit I** is a true and correct copy of the Mariner Website.

14. Additionally, before filing the Complaint, I was aware that Mariner Health Central, Inc. was hit with a massive jury verdict and huge award of punitive damages based on the reckless neglect of several residents at one of its other facilities. Attached hereto as **Exhibit J** is a true and correct copy of the Judgment and Verdicts filed in the case of *Ledesma, et. al., v. Mariner Health Care, Inc.*, Alameda County Superior Court Case No. RG19025110 ("*Ledesma* matter") on December 30, 2021.

15. Attached hereto as **Exhibit K** is a true and correct copy of the Volume 2 deposition transcript of Rowena Beduya in the *Ledesma* matter taken on February 17, 2021.

16. Attached hereto as **Exhibit L** is a true and correct copy of the Volume 1 deposition transcript of Rowena Beduya in the *Ledesma* matter taken on January 19, 2021.

17. Attached hereto as **Exhibit M** is a true and correct copy of the deposition transcript of Dennis Sarcauga in the *Ledesma* matter taken on April 5, 2021.

18. Attached hereto as **Exhibit N** is a true and correct copy of the Volume 2 deposition transcript of Kenneth Tabler in the *Ledesma* matter taken on March 29, 2021.

19. Attached hereto as **Exhibit O** is a true and correct copy of the deposition transcript of Linda Taetz in the *Ledesma* matter taken on February 10, 2021.

20. Attached hereto as **Exhibit P** is a true and correct copy of the Volume 1 deposition transcript of Kenneth Tabler in the *Ledesma* matter taken on September 30, 2020.

21. As a result of defendant's frivolous motion, I spent over eight (8) hours drafting this

Declaration Of Jay P. Renneisen In Support of Plaintiffs' Opposition to
Defendants Motion to Transfer Venue and Stay Proceedings Pending Transfer
Page 3

opposition brief.  Adding in an estimated two (2) hours for preparing and appearing at oral argument, plaintiffs estimate ten (10) hours of attorney time at an hourly rate of $725 totaling $7,250.

22. Attached hereto as **Exhibit Q** is a true and correct copy of the July 21, 2021, declaration of Rowena Beduya filed in the *Ledesma* matter.

I declare under penalty of perjury under the laws of the state of California and of my own personal knowledge that the foregoing is true and correct and that if called upon, I could and would testify thereto.

Executed in Sacramento, California, on this 20th day of September 2022.

_____
Jay P. Renneisen

Declaration Of Jay P. Renneisen In Support of Plaintiffs' Opposition to
Defendants Motion to Transfer Venue and Stay Proceedings Pending Transfer
Page 4